GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN 234417)
Email: herringtonr@gtlaw.com
Robert S. Freund (SBN 287566)
Email: freundr@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:   (310) 586-7700
Facsimile:   (310) 586-7800
Attorneys for Defendant,
RENTOKIL NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| VAHE MESSERLIAN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>RENTOKIL NORTH AMERICA, INC., formerly known as J.C. Ehrlich Co., Inc. (d/b/a Western Exterminator Company), and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 2:16-cv-6941<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 (Federal Question)**<br><br><br>ACTION FILED:     June 27, 2016<br><br>ACTION SERVED: August 19, 2016 |

NOTICE OF REMOVAL

*PHX 331801352v1*

1   **PLEASE TAKE NOTICE** that Defendant Rentokil North America, Inc.

2   ("Rentokil") hereby removes the above-captioned action, *VAHE MESSERLIAN, on*

3   *behalf of himself and all others similarly situated, v. RENTOKIL NORTH AMERICA,*

4   *formerly known as J.C. Ehrlich Co., Inc. (d/b/a Western Exterminatory Company), and*

5   *DOES 1 through 100, inclusive*, Case No. BC 625133 (the "Action"), from the California

6   Superior Court for the County of Los Angeles to the United States District Court for the

7   Central District of California (Western Division), pursuant to 28 U.S.C. § 1331(a), and

8   28 U.S.C. § 1367.  Rentokil hereby provides "a short and plain statement of the grounds

9   for removal" pursuant to 28 U.S.C. § 1446 (a).

10   ## THIS COURT HAS FEDERAL QUESTION JURISDICTION AND
11   ## SUPPLEMENTAL JURISDICTION

12   1.      This action is a civil action for which this Court has original jurisdiction

13   under 28 U.S.C. § 1331, and is one which may be removed pursuant to 28 U.S.C. §

14   1441(a), in that it appears from the Complaint that Plaintiff has filed an action involving

15   a claim or right arising under the laws of the United States.  A copy of the Summons and

16   Complaint is attached hereto as **Exhibit A**.

17   2.      More specifically, the Complaint alleges that Rentokil "sen[t] unsolicited

18   advertisements to the telephone facsimile numbers of persons and entities, including

19   Plaintiff"  in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47

20   U.S.C. § 227 *et seq.* (Exhibit A, Compl. ¶¶ 1-5, 27-42.)  Plaintiff seeks, among other

21   things, statutory damages under the TCPA.  (*Id.* at Prayer for Relief.)  *See Mims v. Arrow*

22   *Fin. Servs., LLC*, 132 S. Ct. 740, 745 (2012) ( "[F]ederal and state courts have concurrent

23   jurisdiction over private suits arising under the TCPA.").

24   3.      Additionally, this Court has supplemental jurisdiction over the single state-

25   law claim alleging violation of the California Business & Professions Code, Section

26   17538.43.  (Exhibit A, Compl. ¶¶ 43-56.)  Pursuant to 28 U.S.C. § 1367(a): "[i]n any

27   civil action of which the district courts have original jurisdiction, the district courts shall

28   have supplemental jurisdiction over all other claims that are so related to claims in the

NOTICE OF REMOVAL

*PHX 331801352v1*

1  action within such original jurisdiction that they form part of the same case or

2  controversy under Article III of the United States Constitution."  That is the case here.

3  Plaintiff's state-law claim under the California Business & Professions Code arises out of

4  the same alleged sending of "unsolicited advertisements" via facsimile.  (*Id.* ¶ 47

5  ("Through the use of telephone facsimile machine(s), computer(s), and or other devices,

6  Defendants sent or caused to be sent to the telephone facsimile number(s) of Plaintiff and

7  the Subclass one or more unsolicited advertisements.").)  Accordingly, this Court has

8  supplemental jurisdiction over Plaintiff's derivative state-law claim.

9  ## VENUE

10      4.    The instant Action was filed in the Superior Court of the State of California

11  for the County of Los Angeles.  Venue properly lies in the United States District Court

12  for the Central District of California, Western Division, pursuant to 28 U.S.C. §§ 84(a),

13  1391(a), and 1441(a).

14  ## SERVICE ON THE STATE COURT AND PLAINTIFF

15      5.    Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the filing of this

16  Notice of Removal in the United States District Court for the Central District of

17  California, written notice of such filing will be given by the undersigned to Plaintiff's

18  counsel of record and a copy of the Notice of Removal will be filed with the Clerk of the

19  Los Angeles County Superior Court.

20  ## COMPLIANCE WITH STATUTORY REQUIREMENTS

21      6.    In accordance with 28 U.S.C. § 1446(a), true and correct copies of the

22  remainder of the pleadings, process, and orders served upon Rentokil are attached hereto

23  as **Exhibit B**.

24  ## REMOVAL IS TIMELY

25      7.    On June 27, 2016, Plaintiff filed the Action.  Rentokil executed and returned

26  the Notice and Acknowledgment of Receipt on August 19, 2016.  This Removal is timely

27  pursuant to 28 U.S.C. § 1446(d).

28

2

NOTICE OF REMOVAL

1

**<u>NO ADMISSION</u>**

2      8.      Rentokil does not concede in any way that the allegations in Plaintiff's

3 pleading are accurate, or that Plaintiff is entitled to compensatory or statutory damages,

4 restitution, attorney fees, or any other relief.

5      9.      The undersigned counsel for Rentokil has read the foregoing and signs the

6 Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as

7 required by 28 U.S.C. § 1446(a).

8

9      WHEREFORE, the Action is hereby removed to this Court from the Superior

10 Court of the State of California, County of Los Angeles.

11

12                                          Respectfully submitted,

13 DATED:  September 15, 2016          GREENBERG TRAURIG, LLP

14

15                              By      */s/ Robert J. Herrington*
                                        Robert J. Herrington
16                                      Attorneys for Defendant,
                                        RENTOKIL NORTH AMERICA, INC.
17

18

19

20

21

22

23

24

25

26

27

28

3

NOTICE OF REMOVAL