UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-6941-GW (GJSx) | Date | December 16, 2016 |
|---|---|---|---|
| Title | *Messerlian, et al. v. Rentokil N. Am., Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE MOTION TO REMAND**

    On December 15, 2016, the Court circulated a Tentative Ruling and held a hearing in the above-entitled action regarding the parties' supplemental briefing on Plaintiff's Motion to Remand. The Tentative is adopted as the Court's Final Ruling. For the reasons stated in the Tentative, Plaintiff's Motion to Remand is DENIED. That request for remand was the sole motion before the Court. So far, the Defendant has not sought to dismiss or strike any of Plaintiff's claims; and, hence, the Court's ruling should not be viewed as having finally decided the viability of any claim. Plaintiff is free to litigate all of the claims raised in the Complaint. To the extent Defendant wishes to challenge any of Plaintiff's claims, it may bring a motion to dismiss and or strike, and the Court will address the issues raised by the parties at that time.

:

Initials of Preparer  JG