JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE MESSERLIAN, <br><br> Plaintiff, <br><br> v. <br><br> RENTOKIL NORTH AMERICA, et al., <br><br> Defendants. | Case No. CV 16-6941-GW(GJSx) <br><br><br> **ORDER TO DISMISS** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that Messerlian's individual claims are hereby dismissed with prejudice. The Parties agree that this dismissal applies only to Messerlian's individual claims, as no class has been certified. Further, the Parties agree that the class allegations and any claims asserted on behalf of putative class members are dismissed without prejudice. The Parties are not aware of any putative class member who could be prejudiced by this dismissal, and this dismissal does not affect the rights of any putative class member, as only Messerlian is dismissing his claims with prejudice.

IT IS SO ORDERED.

Dated: September 8, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE